IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT 2005-01CB<br>PLAINTIFF,<br><br>-vs-<br><br>LIONEL SAUCEDO; AURORA SANCHEZ<br>DEFENDANTS | NO. 07 C 259<br><br>Judge Wayne R. Andersen<br><br>This is an attempt to collect a debt and any information obtained shall be used for that purpose. |

## MOTION FOR JUDGMENT

Now comes Plaintiff by and through its attorneys, Fisher and Shapiro, LLC and pursuant to 735 ILCS 5/15-1506 moves for a judgment of foreclosure and sale.

Respectfully submitted,

Bank Of New York, As Trustee For The Certificate Holders Of Cwalt 2005-01Cb

S/Randal Scott Berg
Randal Scott Berg Bar Number 6277119
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062
Telephone: (847) 770-4348
Fax: (847) 291-3434
E-Mail: rberg@fisherandshapiro.com